GOLDEN RULE INS. CO. v. LONG

No. 443P93

Case below: 111 N.C.App. 456

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 2 December 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

HOLDEN v. TRANSYLVANIA COUNTY HUMANE SOCIETY

No. 534P93

Case below: 112 N.C.App. 543

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

HOUSE OF RAEFORD FARMS v. STATE ex rel. ENVIR. MGMT. COMM.

No. 481PA93

Case below: 112 N.C.App. 228

Motion by the defendants to dismiss the appeal for lack of substantial constitutional question denied 27 January 1994. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994.

IN RE APPEAL OF CONE MILLS CORP.

No. 538P93

Case below: 112 N.C.App. 539

Petition by Cone Mills Corporation for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

IN RE WARD

No. 476PA93

Case below: 112 N.C.App. 202

Petition by petitioner (Imperial Trucking Co., Inc.) for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994.